

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00144-CV

IN RE CMP FAMILY LIMITED PARTNERSHIP                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  May 6, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]Relator has an adequate remedy by appeal.